NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA A. HUNT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3001

---

Petition for review of the Merit Systems Protection Board in case no. CH0831090791-C-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JAN 0 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Laura A. Hunt
     Douglas K. Mickle, Esq.
     Calvin Morrow, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 5 2011

JAN HORBALY
CLERK